An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TRENT LAWRENCE GETTY,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68775

FILED

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Our review of this appeal revealed a potential jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Accordingly, on September 15, 2015, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33410

notice of appeal, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Nathan Tod Young, District Judge
Maria Pence, Esq.
Trent Lawrence Getty
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk